UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| PATRICIA L. BEACH, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:10-cv-94 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant.* ) | |
| ) | |

## ORDER

On January 26, 2012, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 27) pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Plaintiff has filed timely objections. (Doc. 28).

The Court has reviewed the record and Magistrate Judge Lee's Report and Recommendation *de novo,* including those portions of the Report and Recommendation to which Plaintiff objects. Fed. R. Civ. P. 72(b). Plaintiff's objections raise no new arguments but are largely reiterations of issues she previously raised in support of her Motion for Summary Judgment. (*See* Doc. 17). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Lee's well-reasoned and well-supported Report and Recommendation, in which she fully addressed Plaintiff's arguments.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b) and Rule 72(b). Plaintiff's objections (Doc. 28) are **OVERRULED**. Plaintiff's Motion for Summary Judgment (Doc. 16) is **DENIED**. Defendant's Motion for Summary Judgment (Doc. 25) is **GRANTED**.

The decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED WITH PREJUDICE**.

The Clerk shall close this case.

**SO ORDERED** this 28th day of March, 2012.

                                               /s/Harry S. Mattice, Jr.
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE